State of Louisiana ex rel. Rasberry v. Parish Judge of the Parish of Bossier.

## No. 5204.

## STATE OF LOUISIANA, ex rel. L. C. RASBERRY, *v.* PARISH JUDGE OF THE PARISH OF BOSSIER.

Where the issue made by a rule to show cause was, whether a judgment rendered against the succession administered by the relator should be paid and satisfied out of the individual estate of the administrator, on the ground that the administrator refused or neglected to pay it out of the funds of the estate, and that he failed or refused to file an account of his administration; and where the decision was that execution issue against the individual property of the administrator, to be seized and sold to satisfy the judgment against the succession, it is clear that the right of appeal lies from such a decision.

APPLICATION for a mandamus, directed to the parish judge of the parish of Bossier. *John Ray, Fort & McDonald,* for relator.

TALIAFERRO, J. The relator complains that he is refused an appeal from an order of the defendant making absolute a rule taken against the relator to show cause why execution should not issue against his own property, and that it be seized and sold to pay and satisfy a judgment rendered against him as administrator of the succession of L. F. Steele, in course of administration in the parish of Bossier.

The grounds stated by the respondent for refusing the appeal, we think, are insufficient. The issue made by the rule was, whether a judgment rendered against the succession administered by the relator should be paid and satisfied out of the individual estate of the administrator, on the ground that the administrator refused or neglected to pay it out of the funds of the estate, and failed or refused to file an account of his administration. The decision was that execution issue against the individual property of the administrator, and that it be seized and sold to satisfy the judgment against the succession. It is clear the respondent has the right to appeal.

It is therefore ordered that the rule be made absolute, and the respondent ordered to grant the appeal prayed for. ·

## No. 3949.

## WILLIAM J. McLEAN *v.* A. FOSTER ELLIOT et als.

The jurisprudence of this State is settled upon the point of the slave consideration in contracts, and this court will not disturb it.

APPEAL from the Fifth District Court, parish of Orleans. *Leaumont,* J. *Hornor & Benedict,* for plaintiff and appellee. *E. W. Huntington,* for defendants and appellants.

MORGAN, J. This case was remanded to take evidence upon, and fix the relative values of, the land and slaves, which were the consideration of the note sued on. The evidence shows that this proportion

is $444 81. The judgment of the lower court was for $1350, with eight per cent. interest from twenty-seventh November, 1867.

Plaintiff presses upon us that what we now call the slave consideration in contracts should not be entertained; but the jurisprudence of the State, we think, is settled upon this point, and we will not disturb it.

It is therefore ordered, adjudged and decreed that the judgment of the district court be amended so as to reduce the amount allowed to plaintiff from $1350 to $444 81, with eight per cent. interest thereon from twenty-seventh November, 1867, until paid; plaintiff to pay the costs of appeal.